OSCAR BERGHAUS, Respondent, *v.* GUSTAV BERGHAUS et al., Appellants.

Submitted March 6, 1939; decided March 7, 1939.

*Morris Pottish* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants file and serve undertaking on appeal and pay ten dollars costs within ten days, in which event the motion is denied.